**Denied and Opinion Filed March 10, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-20-00864-CV**

**IN RE NEORA, LLC, Relator**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07296**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Goldstein
Opinion by Justice Myers

In this original proceeding, relator asks us to compel the trial court to vacate

its order denying the motion to enforce a third-party arbitration subpoena. To be

entitled to mandamus relief, relator must show that the trial court has clearly abused

its discretion and that relator has no adequate appellate remedy. *In re Prudential*

*Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, real party in interest's response, relator's

reply, and the record before us, we conclude that relator has failed to show a clear

abuse of discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Lana Myers/
LANA MYERS
JUSTICE

Molberg, J., dissenting without opinion.

200864F.P05